Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 17-cr-229-JLR |
| vs. | ORDER [PROPOSED] |
| FRANCISCO RUELAS-PAYAN, *et al.*, | |
| Defendants. | |

This Court, having considered the Motion to Continue Due Date for Filing Pre-Trial Motions, filed by Defendant Delgado-Ibarra (2), and files related thereto, does hereby grant the motion.

The Court finds and ORDERS that, as to all parties, the due date for the filing of pre-trial motions in the above referenced matter is November 1, 2017.

DATED this 18th day of October, 2017.

Honorable James L. Robart
Judge, Western District of Washington

Order - 1

SCOTT J. ENGELHARD
1700 Seventh Ave., #2100
Seattle, Washington 98101
206-683-2020

## Certificate of Service

I, Scott Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

    I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| 10-18-2017 Seattle, WA | s/*Scott J. Engelhard* |
| Date and Place | Scott J. Engelhard |

SCOTT J. ENGELHARD
1700 Seventh Ave., #2100
Seattle, Washington 98101
206-683-2020