Judge James. L Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO RUELAS-PAYAN, et al.,

    Defendants.

Case No. 17-CR-0229JLR

ORDER

This Court, having considered the Motion to Continue Trial Date and Deadline for Filing Pre-trial Motions filed by Defendant Delgado-Ibarra, and the pleadings related thereto, does hereby grant the motion. The Court finds that due to the unusual amount of discovery and the complexity of this case, the requested continuance is necessary to allow defense counsel a reasonable time to effectively prepare for trial, and to file pretrial motions. A failure to grant the requested motion might result in a miscarriage of justice. 18 U.S.C. §18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

Order - 1

This Court ORDERS as follows:

The trial date is continued from December 4, 2017 to May 7, 2018. The deadline for filing pre-trial motions is continued from November 1, 2017 to March 29, 2018. The time between the date of this Order and the new trial date is excludable pursuant to 18 U.S.C. §3161.

This order does not apply to Defendants Jorge Alfonso Mathus-Velasquez and Jason Keith Taylor, as they have not yet appeared.

Dated this 1st day of November, 2017.

JAMES L. ROBART
United States District Judge

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

## Certificate of Service

I, Scott Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

<u>October 30, 2017 Seattle, WA</u>         *s/ Scott J. Engelhard*
Date and Place                                  Scott J. Engelhard